904 A.2d 856

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Christopher IWANICKI, Petitioner.**

**No. 1024 MAL 2005.**

Supreme Court of Pennsylvania.

June 22, 2006.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of June, 2006 the above-captioned Petition for Allowance of Appeal, the Petition to Retain Jurisdiction and Allow "Iwanicki" to Seek PCRA Relief and Exhaustion of State Remedies, and the Application for Evidentiary Hearing are **DENIED.**